UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KELLY K. SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CAPSTONE BANK and ) | No. 5:13-CV-461-FL |
| SHIRLEY & ADAMS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on November 4, 2013, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED and plaintiff's motion for preliminary injunction is DENIED. The Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 4, 2013, and Copies To:**

Kelly K. Sutton (via U.S. Mail) 1900 Green Oaks Pky, Holly Springs, NC 27540

| | |
|---|---|
| November 4, 2013 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |